■ MARILYN A. FOSTER, an Infant, by JOAN DORSEY, Her Mother, et al., Appellants, v COUNTY OF BROOME et al., Respondents.—Appeal from an order of the Supreme Court at Special Term, entered June 24, 1975 in Broome County, which granted defendants' motion for summary judgment and dismissed the plaintiffs' complaint upon the merits. Order affirmed, without costs, on the opinion of Zeller, J. at Special Term. Koreman, P. J., Greenblott, Kane, Main and Herlihy, JJ., concur.